1

2

3

4              UNITED STATES DISTRICT COURT

5              EASTERN DISTRICT OF WASHINGTON

6

7    DAREK J. GIANCOLA,            )        NO. CV-07-0044-AMJ
                                   )
8            Plaintiff,            )        ORDER ADOPTING REPORT
                                   )        AND RECOMMENDATION
9    vs.                          )
                                   )
10   MICHAEL J. ASTRUE,            )
     Commissioner of Social Security, )
11                                 )
                                   )
12           Defendant.            )
                                   )
13   _____ )

14          **BEFORE THE COURT** for resolution is the Report and Recommendation entered on

15   September 26, 2007 **(Ct. Rec. 24)**, recommending that Defendant's Motion for Summary

16   Judgment **(Ct. Rec. 20)** be **granted** and Plaintiff's Motion for Summary Judgment **(Ct. Rec. 13)**

17   be **denied**.  Plaintiff timely filed objections on October 3, 2007.  **(Ct. Rec. 25.)**  Having reviewed

18   the report and recommendation, and the objections thereto, the court adopts the magistrate judge's

19   report and recommendation in its entirety.

20          **IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 24)** to grant

21   Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment

22   is **ADOPTED in its entirety**.  The Commissioner's decision to deny Plaintiff benefits is

23   **Affirmed**.

24          **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and an

25   Order of Judgment, forward copies to counsel, and close the file.

26          DATED this 23rd day of October, 2007.

27                                              s/ Fred Van Sickle

28                                          _____
                                            FRED VAN SICKLE
                                            UNITED STATES DISTRICT JUDGE

                                    −1−